UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY IVAN BRAMAN,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>DEAN BORDERS, Warden,<br><br>　　　　　　　Respondent. | No. 2:18-cv-00531-KJM-GGH<br><br>ORDER |

Petitioner appearing pro se filed his petition for writ on March 12, 2018. ECF No. 1. On April 22, 2018, respondent filed a Motion to Dismiss the petition. ECF No. 11. On July 13, 2018, petition notified the court that he had been paroled and moved to voluntarily dismiss his petition. ECF No. 13. Fed. R.Civ.P 41(a)(1)(A)(i) provides for an automatic dismissal in this case.

In light of the foregoing IT IS HEREBY ORDERED that

The petition is dismissed and the Clerk shall close this case.

Dated: July 26, 2018

　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1